UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Pamela S. Warr,<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  22-07635<br><br>Chapter:  13<br>Honorable Jacqueline P Cox |

## ORDER GRANTING MOTION TO MODIFY PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; IT IS ORDERED:

1. The default, accruing through September 2022 is deferred. The remaining payments under the plan will be $610.00 for 57 months, beginning October 2022.

2. Debtor's Chapter 13 Trustee plan payments are decreased to $610.00 per month for the remainder of the plan.

3. The Trustee is not required to perform collections from creditors pursuant to any prior plan.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  October 03, 2022

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625